IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 13 |
| LINDA A. HAWKINS and | ) Bk. No. 05-13987 (BLS) |
| GREGORY L. HAWKINS, | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |
| ELVA D. ALLEN, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 13-526-SLR |
| | ) |
| MICHAEL B. JOSEPH, Esquire | ) |
| Chapter 13 Trustee, | ) |
| | ) |
| Appellee. | ) |

## O R D E R

At Wilmington this  **8th**  day of May, 2013, having received a recommendation

from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the

mandatory referral for mediation and proceed through the appellate process of this

court;

IT IS ORDERED that the recommendation is accepted and briefing on this

bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 10, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **July 10, 2013.**

3. Appellant's reply brief is due on or before **July 24, 2013.**

United States District Judge