IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br>LINDA A. HAWKINS and<br>GREGORY L. HAWKINS,<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Bk. No. 05-13987 (BLS) |
| ELVA D. ALLEN,<br><br>Appellant,<br><br>v.<br><br>MICHAEL B. JOSEPH, Esquire<br>Chapter 13 Trustee,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 13-526-SLR |

ORDER

At Wilmington this  8th  day of May, 2013, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **June 10, 2013.**

2. Appellee's brief in opposition to the appeal is due on or before **July 10, 2013.**

3. Appellant's reply brief is due on or before **July 24, 2013.**

                                                  /s/ Sue L. Robinson
                                          United States District Judge